# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMOND WILLIAMS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:07CV1257 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Movant filed the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on July 9, 2007. The motion was unsigned, and on July 30, 2007, the Court ordered movant to sign the motion and return it to the Court. Movant complied with the Order. However, the Clerk did not docket the signed motion in this case. Instead, the Clerk filed the signed motion as a new case and assigned it a new case number: 4:07CV1405 CDP. As a result, the Court will close this case, and the parties are directed to file all future motions or memoranda under Case No. 4:07CV1405 CDP.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the parties are directed to file all future motions or memoranda under Case No. 4:07CV1405 CDP.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 22nd day of August, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE